## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Jennifer Leverne Bootz Evans d/b/a Bling and Burlap Buy In's and Blanks, <br><br> Defendant. | Case No. 1:15-cv-00995-RP |

## **STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff YETI Coolers, LLC ("YETI") and Defendant Jennifer Leverne Bootz Evans d/b/a Bling and Burlap Buy In's and Blanks ("Defendant") acknowledge that they have entered into a Settlement Agreement in resolution of this action. YETI and Defendant, by and through their authorized representatives, hereby stipulate to dismissal with prejudice of all claims in this action, the dismissal being contingent upon the Court's entry of the attached [Proposed] Order dismissing the case with prejudice and providing that the Court shall retain jurisdiction over YETI and Defendant for the purpose of enforcement of or the resolution of any dispute arising from the Settlement Agreement. Each party shall bear its own costs and attorneys' fees.

Dated: April 15, 2016

So Stipulated:

By: /s/ _Louis DiSanto_              By: /s/ _Jennifer Evans (with permission)_

BAKER BOTTS L.L.P.

   Joseph Gray
    Texas Bar No. 24045970
    joseph.gray@bakerbotts.com
   98 San Jacinto Blvd., Suite 1500
   Austin, Texas 78701
   (512) 322-2639
   (512) 322-8385 fax

JENNIFER LEVERNE BOOTZ EVANS D/B/A BLING AND BURLAP BUY IN'S AND BLANKS

3507 Hillview Pl.
Godfrey, IL 62035
blingandburlapboutique@gmail.com

BANNER & WITCOFF, LTD.

   Joseph J. Berghammer (*pro hac vice*)
    Illinois Bar No. 6273690
    jberghammer@bannerwitcoff.com
   Louis DiSanto (*pro hac vice*)
    Illinois Bar No. 6286044
    ldisanto@bannerwitcoff.com
   Sean Jungels (*pro hac vice*)
    Illinois Bar No. 6303636
    sjungels@bannerwitcoff.com
   Ten South Wacker Drive
   Suite 3000
   Chicago, IL 60606-7407
   (312) 463-5000
   (312) 463-5001 fax

**ATTORNEYS FOR YETI COOLERS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify on April 15, 2016, a true and correct copy of the foregoing is being served by electronic mail on Defendant at blingandburlapboutique@gmail.com.

*/s/Louis DiSanto*
FOR YETI COOLERS, LLC